# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| SECURITY SERVICE FEDERAL CREDIT UNION, and ASPEN MORTGAGE, <br><br> Petitioners, <br><br> v. <br><br> FIRST AMERICAN MORTGAGE FUNDING, FIRST AMERICAN MORTGAGE, a Colorado corporation, CONSTRUCTION DISBURSEMENT SERVICES, KEVIN B. JORDAN, WILLIAM DEPUY, an individual, SHAUN JORDAN, an individual, MARK CAMPBELL, an individual, JEFFREY JORDAN, an individual, KENNETH E. NORTH, SUNDANCE MORTGAGE, ARTISAN GROUP, THE, and NEW CENTURY BUILDERS, <br><br> Defendants. | **REPORT AND RECOMMENDATION AND ORDER** <br><br> Case No. 2:11-mc-00302-DB -BCW <br><br> Judge Brooke C. Wells |

On May 20, 2011, the Court entered an Order To Show Cause directing Aspen Mortgage and Kenneth North to show cause why this case should not be dismissed and the motion to quash be denied or deemed moot. As of the date of this order there has been no response to the Court's Order To Show Cause. Additionally, a review of the record indicates that the subpoena was likely served in error.[1]

Accordingly, the Court RECOMMENDS that this case be dismissed and that the motion

---

[1] *See* Mtn. to withdraw p. 1 ("Aspen Mortgage, Inc. c/o Kenneth North was mistakenly served with a Subpoena Duces Tecum by Stewart Title of California and requested Aspen to appear for deposition.")

1

to quash be DENIED or deemed MOOT.

Copies of the foregoing report and recommendation are being mailed to all parties who are hereby notified of their right to object. Any objection must be filed within 14 days after being served with a copy.[2] Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 7th day of June, 2011.

BY THE COURT:

_____
BROOKE C. WELLS
United States Magistrate Judge

---

[2] *See* Fed. R. Civ. P. 72(b)(2).