FILED IN UNITED STATES
COURT, DISTRICT OF UTAH

JUN 2 8 2011
D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SECURITY SERVICE FEDERAL CREDIT UNION, and ASPEN MORTGAGE,<br><br>Petitioners,<br><br>v.<br><br>FIRST AMERICAN MORTGAGE FUNDING, FIRST AMERICAN MORTGAGE, a Colorado corporation, CONSTRUCTION DISBURSEMENT SERVICES, KEVIN B. JORDAN, WILLIAM DEPUY, an individual, SHAUN JORDAN, an individual, MARK CAMPBELL, an individual, JEFFREY JORDAN, an individual, KENNETH E. NORTH, SUNDANCE MORTGAGE, ARTISAN GROUP, THE, and NEW CENTURY BUILDERS,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br><br>Case No. 2:11-mc-302 |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on June 7, 2011, recommending the District Court dismiss the case and deny the Motion to Quash.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Court hereby:

(1) DISMISSES the case; and

(2) DENIES the Motion to Quash.

IT IS SO ORDERED.

Dated this 27th day of June, 2011.

Dee Benson
United States District Judge